1

2

**FILED**

3

**AUG 1 3 2008**

4

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

5

6

7

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

8

9

10   UNITED STATES OF AMERICA          )          CR.  S-02-535-WBS
                                       )               S-03-015-WBS
11                                     )               S-03-532-WBS
                   v.                  )
12                                     )
                                       )
13   MARIO RIETA, JR.                  )      **2 0 8 - MC - 0 1 0 5 LKK DAD**
     _____)

14

### WRIT OF HABEAS CORPUS Ad Testificandum

15        The above application is granted and the above-named custodian, as well as the United States

16   Marshal's Service for this district, is hereby ORDERED to produce the named detainee, on October

17   1st, 2nd and 3rd 2008 in the Superior Court, County of San Joaquin, State of California.

18

19

20                                              _____
                                                United States
21                                              District/Magistrate Judge

22   Defendant Description                       Currently Incarcerated For:

23   Name:        Mario Albert Rieta, Jr.        21 U.S.C. Sections 846 and 841 (A)(1)-
     Sex:         Male                           Conspiracy to distribute and possess
24   DOB:         ˉ ˉ ˉ -72                       with intent to distribute at least
     Race:        Hispanic                       500 grams of methamphetamine
25   FBI #:       639141MA2
     Register #:  14108-097
26   Facility:    CI Taft Correctional Institution
                  1500 Cadet Road, Taft, CA 93268
27                (661)763-2510

28

3.