**FILED**

AUG 1 3 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA ) CR. S-03-015-MCE
)
)
v. )
) 2 0 8 - MC - 0 1 0 5 LKK DAD
)
JUAN CASTELLANOS )
)

### WRIT OF HABEAS CORPUS Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, on October 1st, 2nd and 3rd 2008 in the Superior Court, County of San Joaquin, State of California.

_____
United States
~~District~~/Magistrate Judge

Defendant Description

Name:       Juan Castellanos
Sex:        Male
DOB:        -71
Race:       Hispanic
FBI #:      362704NA4
Register #: 14163-097
Facility:   CI Cibola County Correctional Institution
            2000 Cibola Loop, Milan, NM 87021
            (505)285-6991

Currently Incarcerated For:

21 U.S.C. Sections 841 (A)(1)
Distribution of at least
50 grams of methamphetamine

3.